**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond CHERISSON, Defendant–**
**Appellant.**

No. 06–7948.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2007.

Decided: May 17, 2007.

Raymond Cherisson, Appellant Pro Se. Christine Blaise Hamilton, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Cherisson appeals the district court's order denying Cherisson's motion for leave to file out-of-time notice of appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cherisson v. United States*, No. 5:94–cr–00097–14 -BO (E.D.N.C. Oct. 5, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*